PROVENCHER & FLATT LLP
Gail F. Flatt SBN [104422]
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile: (707) 284-2387

Attorneys for Defendant Piner Café, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ,<br><br>    Plaintiff,<br><br>v.<br><br>PINER CAFÉ LLC, a limited liability company; RICHARD GATTI LLC, a limited liability company, and EDWARD GATTI LLC a limited liability company.<br><br>    Defendants. | Case No. CV 09 2730-JL<br><br>**STIPULATION FOR WITHDRAWAL OF ATTORNEY, CONSENT TO SUBSTITUTION OF ATTORNEY, DECLARATION OF GAIL F. FLATT AND ORDER THEREON** |

Defendant Piner Café LLC hereby stipulates to the withdrawal of its attorney, Tadd C. Aiona and the substitution of Gail F. Flatt as its new attorney in this action.

Dated: April 8, 2010                                            PINER CAFÉ LLC


                                                                By:    /s/ Chris Schilling
                                                                       Chris Schilling
                                                                       Manager


DECLARATION OF GAIL F. FLATT

I, Gail F. Flatt, declare as follows:

1.   I am an attorney at law admitted to practice in the State of California

1

Stipulation and Declaration re: withdrawal and Substitution                      *Heatherly et al v. Piner Café at al*
and Order Thereon                                                                Case No. CV 09 2730 JL

1. and in the United States District Court for the Northern District of California since December 1982. I make this declaration in support of the stipulation for withdrawal of Tadd C. Aiona and for substitution in this action.

2. I have been retained by defendant Piner Café LLC to represent defendant's interests in this action and have agreed to act as defendant Piner Café LLC's attorney.

3. Concurrence in the filing of the document has been obtained from signatory Chris Schilling for Piner Café LLC which shall serve in lieu of her signature on the document. I have maintained records to support this concurrence for subsequent production for the court if so ordered.

I declare under penalty under the laws of the United States that the foregoing is true and correct. Executed on April 8, 2010 in Santa Rosa, California.

PROVENCHER & FLATT LLP

By: /s/ Gail F. Flatt
Gail F. Flatt (#104422)
Attorney for Defendant Piner Café LLC

**ORDER**

**IT IS SO ORDERED**

_____
James Larson
Chief Magistrate Judge

2