THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiff
DAREN HEATHERLY
and IRMA RAMIREZ, each an individual,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, each an individual,<br><br>Plaintiff,<br><br>v.<br><br>PINER CAFÉ LLC, a limited liability company; RICHARD GATTI LLC, a limited liability company; and EDWARD GATTI LLC, a limited liability company,<br><br>Defendants. | CASE NO. CV-09-2730-JL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///
///
///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

-2-

1       Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3 pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4       This stipulation may be executed in counterparts, all of which together shall constitute one
5 original document.

7 Dated: June 16, 2010                THOMAS E. FRANKOVICH
                                      *A PROFESSIONAL LAW CORPORATION*

                                      By: /S/ Thomas E. Frankovich
                                          Thomas E. Frankovich
                                        Attorney for DAREN HEATHERLY and IRMA
                                        RAMIREZ, each an individual

15 Dated: June 16, 2010               Provencher & Flatt LLP

                                       By: /s/ Gail F. Flatt
                                          Gail F. Flatt
                                        Attorney for PINER CAFÉ LLC, a limited liability
                                        company;

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

-2-

Dated: 6/17/10, 2010

FREITAS McCARTHY MacHAHON & KEATING LLP

By: _____
Thomas Keating
Attorneys for RICHARD GATTI LLC, a limited liability company; and EDWARD GATTI LLC, a limited liability company

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: June 21, 2010

_____
Honorable Magistrate Judge James Larsen
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

-3-